



## MEMORANDUM OPINION

Nos. 04-11-00826-CR and 04-11-00827-CR

Willie **NEWSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2009CR9592 and 2009CR9591
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  April 4, 2012

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss these appeals. The motion is granted, and these appeals are dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH